# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN MICHIGAN

REID COULING,

    Plaintiff,

v.

THE ANDERSONS, INC.,

    Defendant.

Case No. 21-cv-12406
Hon. Matthew F. Leitman

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' stipulation, as confirmed by counsel's authorized signatures below, and this Court is otherwise fully apprised on the status of this matter.

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice in its entirety. Each party will bear its own costs and attorneys' fees.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2022

**Stipulated as to form and content:**

/s/ *Scott Batey*
SCOTT P. BATEY (P54711)
Batey Law Firm, PLLC
30200 Telegraph Road, Suite 400
Bingham Farms, MI 48025

T: (248) 540-6800
F: (248) 540-6814
sbatey@bateylaw.com
*Attorney for Plaintiff*

/s/ *Anthony Kochis*
WOLFSON BOLTON PLLC
Anthony J. Kochis (P72020)
3150 Livernois, Ste. 275
Troy, MI 48083

T: 248.247.7105; F: 248.247.7099
akochis@wolfsonbolton.com

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
Margo Wolf O'Donnell
Jordan J. Call
71 S. Wacker Drive, Suite 1660
Chicago, IL 60606
T: 312.212.4949; F: 312.767.9192
modonnell@beneschlaw.com
jcall@beneschlaw.com

*Attorneys for Defendant The Andersons, Inc.*